1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

(NORTHERN DIVISION)

| | |
|---|---|
| BENJAMIN RIOS, | ) |
| | ) CASE NO.   3:11-cv-00637-LRH-WGC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WASHINGTON MUTUAL BANK, FA; CALIFORNIA RECONVEYANCE COMPANY; JPMORGAN CHASE BANK, N.A.; JAUHAR SHUAIB; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 individuals, Partnerships, or anyone claiming any interest to the property described in the action, | ) **STIPULATION AND ORDER OF** <br> ) **DISMISSAL WITH PREJUDICE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

Defendants JPMorgan Chase Bank, N.A., separately, and its capacity as acquirer of certain assets and liabilities of Washington Mutual Bank, F.A. ("WAMU") through the FDIC, acting as receiver ("Chase") and California Reconveyance Company ("CRC") (collectively, "Defendants"), by and through their counsel, and Plaintiff Benjamin Rios, in proper person, hereby stipulate and agree as follows:

1. The within Complaint shall be dismissed with prejudice as against each of the Defendants, with the parties to bear their own attorneys' fees and costs of suit, and JPMorgan and CRC (and their respective affiliates, predecessors, successors, and assigns) shall be released and discharged from all claims that are herein alleged, or could have been alleged, by the Plaintiff.

2. Nothing in this Order, or the relief granted herein, shall be construed or deemed to alter, affect, limit, waive, or restrict the rights of JPMorgan or CRC (or any of their affiliates, predecessors, successors, and assigns) relating to the property that is the subject of this action (5705 Winnemucca Ranch Road, Reno, Nevada 89510) and/or any mortgage, security interest, or foreclosure relating to said property.

3. The Notice of Lis Pendens (Instrument Number 4018496) that Plaintiff caused to be recorded on or about June 30, 2011, against the subject property, shall be cancelled and expunged from the records of the Washoe County, Nevada Recorder ("Recorder"), and shall be of no force or effect whatsoever; and this Order may be recorded with the Recorder forthwith.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

4.  Inasmuch as this action is being dismissed with prejudice as against all named defendants, this lawsuit is hereby CLOSED and all pending motions and other matters herein are hereby VACATED. The parties advise the Court that no trial date has been set in this matter.

DATED this 12 day of ~~March~~ April, 2012

SMITH LARSEN & WIXOM

_____
Kent F. Larsen, Esq., NBN 3463
Joseph T. Prete, Esq., NBN 9654
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendants
JPMorgan Chase Bank, N.A. separately
and in its capacity as acquirer of certain
assets and liabilities of WAMU, through
the FDIC acting as receiver; California
Reconveyance Company

DATED this ___ day of March, 2012

_____
Benjamin Rios
5705 Winnemucca Ranch Road
Reno, Nevada 89510
lopez.georgina@yahoo.com
Plaintiff in proper person

STATE OF NEVADA     ) ss.
COUNTY OF WASHOE    )

On this 11TH day of APRIL, 2012, before me, a Notary Public in and for said County and State, personally appeared Benjamin Rios, personally known (or proved) to me to be the person who executed the above instrument, and acknowledged to me that he executed the same for purposes therein stated.

NANCY G. GONZALES
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 09-8557-2 - Expires March 12, 2013

_____
Notary Public in and for said County and State

**IT IS SO ORDERED:**

DATED this 16th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE